UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL MANLEY,

  Plaintiff,                                    CASE NO.:  8:16-CV-02019-VMC-MAP

-vs-

SUNTRUST BANK,

  Defendant.
_____/

## **NOTICE OF SETTLEMENT**

Plaintiff, Paul Manley, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, SunTrust Bank, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 10th day of October, 2016.

                                                      */s/ Octavio Gomez*
                                                      Octavio "Tav" Gomez, Esquire
                                                      Morgan & Morgan, Tampa, P.A.
                                                      One Tampa City Center
                                                      201 N. Franklin St., 7th Floor
                                                      Tampa, FL 33602
                                                      Tele: (813) 223-5505
                                                      Fax:  (813) 223-5402
                                                      Florida Bar #: 0338620
                                                      Attorney for Plaintiff
                                                      tgomez@forthepeople.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October, 2016, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system:

Alexandra de Alejo, Esquire
Florida Bar No. 43108
Christian Leger, Esquire
Florida Bar No. 100562
Gray Robinson, P.A.
333 S.E. 2nd Ave., Suite 3200
Miami, FL 33131
Alexandra.dealejo@gray-robinson.com
christian.leger@gray-robinson.com

*/s/ Octavio Gomez*
  Octavio "Tav" Gomez, Esquire
  Florida Bar #:  0338620